**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.:  25-CV-60391**

ASIA ELKHALIL,

    Plaintiff,

v.

EAST BEACH LLC, d/b/a
PIER 14 TAPAS AND COCKTAILS,

    Defendant.
_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that **CODY J. SHILLING, ESQ**. of the law firm **BLACK LAW P.A.**, hereby enters an appearance as counsel for **Defendant EAST BEACH, LLC d/b/a PIER 14 TAPAS AND COCKTAILS.** The parties are requested to forward copies of all future correspondence and court filings to the undersigned counsel at the addresses listed below.

    Respectfully submitted,

**BLACK LAW, P.A.**
*Counsel for Defendant*
1401 E. Broward Blvd., Suite 204
Fort Lauderdale, Florida, 33301
ph. 954-320-6220/f. 954-320-6005

/s/ *Cody Shilling*
_____
**KELSEY K. BLACK, ESQ.**
Fla. Bar No. 78925
kb@blacklawpa.com
**CODY J. SHILLING, ESQ.**
Fla. Bar No. 1010112
cs@blacklawpa.com
para@blacklawpa.com

1