UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 25-CV-60391

ASIA ELKHALIL,

    Plaintiff,

v.

EAST BEACH LLC, d/b/a
PIER 14 TAPAS AND COCKTAILS,

    Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant EAST BEACH, LLC d/b/a PIER 14 TAPAS AND COCKTAILS, pursuant to Fed. R. Civ. P. 7.1, and the Court's order dated March 3, 2025 [ECF No. 6], affirms that it has no subsidiaries, conglomerates, affiliates, parent corporations, or publicly held corporations owning 10% or more of its stock. Defendant identifies the following interested parties:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. **East Beach, LLC d/b/a Pier 14 Tapas and Cocktails**

    b. **Jader Oliveira**

    c. **Leone Padula**

    d. **Christian Jacques**

    e. **Isaac Asulin**

   **f. Yizhak Asulin**

   **g. Lin Group Investment, LLC**

   **h. Kelsey Black, Esq., Counsel for Plaintiff**

   **i. Cody Shilling, Esq., Counsel for Plaintiff**

   **j. Black Law, P.A., Counsel for Plaintiff**

  2) The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   **None.**

  3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases.

   **None.**

  4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   **None**.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

3

        Respectfully submitted,

        **BLACK LAW P.A.**
        *Counsel for Defendant*
        1401 E. Broward Blvd., Suite 204
        Fort Lauderdale, Florida, 33301
        ph. 954-320-6220/f. 954-320-6005

        /s/ *Cody Shilling*
        _____
        **KELSEY K. BLACK, ESQ.**
        Fla. Bar No. 78925
        kb@blacklawpa.com
        **CODY J. SHILLING, ESQ.**
        Fla. Bar No. 1010112
        cs@blacklawpa.com