UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ASIA ELKHALIL,

      Plaintiff,                                          CASE NO.: 25-cv-60391

      v.

EAST BEACH LLC, d/b/a
PIER 14 TAPAS AND COCKTAILS,

      Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, ASIA ELKHALIL, by and through her undersigned counsel, hereby submits the following complete list of interested persons and corporations in this action, as required by the Court's March 3, 2025, Order [D.E. 6]:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly—traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

        a.  **Asia Elkhalil,** *Plaintiff*
            **c/o Derek Smith Law Group, PLLC**
            **520 Brickell Key Dr, Suite O-301**
            **Miami, Florida 33131**

        b.  **East Beach, LLC d/b/a Pier 14 Tapas and Cocktails,** *Defendant*
            **c/o Cody Shilling, Esq.**
            **BLACK LAW P.A.,**
            **1401 E. Broward Blvd., Suite 204**
            **Fort Lauderdale, Florida, 33301**

    c. **Cody Shilling, Esq.,** *Counsel for Defendant*
       **BLACK LAW P.A.,**
       **1401 E. Broward Blvd., Suite 204**
       **Fort Lauderdale, Florida, 33301**

    d. **Kelsey Black, Esq.,** *Counsel for Defendant*
       **BLACK LAW P.A.,**
       **1401 E. Broward Blvd., Suite 204**
       **Fort Lauderdale, Florida, 33301**

    e. **BLACK LAW, P.A.,** *Counsel for Defendant*
       **1401 E. Broward Blvd., Suite 204**
       **Fort Lauderdale, Florida, 33301**

    f. **Daniel J. Barroukh, Esq.,** *Counsel for Plaintiff*
       **Derek Smith Law Group, PLLC**
       **520 Brickell Key Dr, Suite O-301**
       **Miami, Florida 33131**

    g. **Derek Smith Law Group, PLLC,** *Counsel for Plaintiff*
       **520 Brickell Key Dr, Suite O-301**
       **Miami, Florida 33131**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Asia Elkhalil,** *Plaintiff.*

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated: Miami, Florida
March 4, 2025

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (786) 688-2335
Fax: (305) 503-6741
Danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 4, 2025, on all counsel of record, if any, via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.