UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-60391-CIV-SMITH

**ASIA ELKHALIL,**
      **Plaintiff,**

    **v.**

EAST BEACH, LLC**, d/b/a**
**PIER 14 TAPAS AND COCKTAILS**
      **Defendant.**

_____/

**ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE
FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | **Motions to Dismiss** | Yes ____ | No __X__ |
| 2. | **Motions for Summary Judgment** | Yes ____ | No __X__ |
| 3. | **Motions for Attorneys' Fees** | Yes ____ | No __X__ |
| 4. | **Motions for Costs** | Yes ____ | No __X__ |
| 5. | **Motions for Sanctions** | Yes ____ | No __X__ |
| 6. | **All Pretrial Motions** | Yes ____ | No __X__ |
| 7. | **Discovery** | Yes __X__ | No ____ |
| 8. | **Other (*explain below*)** | Yes ____ | No ____ |

_____

| | |
|---|---|
| March 10, 2025 | */s/ Daniel J. Barroukh*  <br>Daniel J. Barroukh, Esq.<br>Counsel for Plaintiff, Asia Elkhalil |
| March 10, 2025 | */s/ Cody J. Schilling*  <br>Cody J. Shilling, Esq.<br>Counsel for Defendant, East Beach, LLC |