**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 25-60391-CIV-SMITH

ASIA ELKHALIL,

      Plaintiff,

v.

EAST BEACH, LLC, d/b/a
PIER 14 TAPAS AND COCKTAILS,

      Defendant.

_____/

**PROPOSED SCHEDULING ORDER**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **March 30, 2026**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on Tuesday, March 24, 2026**. The parties shall adhere to the following schedule:

| # | Item | Date |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motion to amend the pleadings by | **6/2/25** |
| 2. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **6/16/25** |
| 3. | Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **8/18/25** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **9/18/25** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **10/2/25** |
| 6. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **10/7/25** |
| 7. | Fact discovery shall be completed by | **11/3/25** |

| | |
|---|---|
| 8. Expert discovery shall be completed by | **11/3/25** |
| 9. Mediation shall be completed by | **11/17/25** |
| 10. Dispositive motions, including summary judgment and Daubert, shall be filed by | **12/1/25** |
| 11. Deposition designations and counter-designations shall be filed by | **2/2/26** |
| 12. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by | **2/27/26** |
| 13. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **3/6/26** |

**By:**

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.
Florida Bar No. 1049271
danielb@dereksmithlaw.com

**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, #O-301
Miami, FL 33131
Telephone: 786-688-2335
*Counsel for Plaintiff*

*/s/ Cody J. Shilling*
Cody J. Shilling, Esq.
Florida Bar No. 1010112
cs@blacklawpa.com

**BLACK LAW P.A.,**
1401 E. Broward Blvd., Suite 204
Fort Lauderdale, Florida, 33301
Telephone: 954-281-8766
*Counsel for Defendant*

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of March, 2025.

_____
The Honorable Rodney Smith
United States District Judge