UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 25-60391-CIV-SMITH**

ASIA ELKHALIL,

    Plaintiff,
v.

EAST BEACH, LLC,

    Defendant.
_____/

**ORDER SETTING CIVIL TRIAL DATE,
PRETRIAL DEADLINES, AND REFERRAL TO MAGISTRATE JUDGE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **March 23, 2026, at 9:00 a.m.** in Courtroom 207A, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on March 17, 2026,** in Courtroom 207A, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motion to amend the pleadings by **April 30, 2025**

2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by **May 9, 2025**

3. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by **July 18, 2025**

4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by **August 15, 2025**

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by **September 5, 2025**

6. Written lists containing the names and addresses of all fact witnesses, including rebuttal witnesses, intended to be called at trial by **September 5, 2025**

7. Fact discovery shall be completed by **October 3, 2025**

8. Expert discovery shall be completed by[1] **October 3, 2025**

9. Mediation shall be completed by **October 10, 2025**

10. Dispositive motions, including summary judgment and *Daubert*, shall be filed by **October 24, 2025**

11. Deposition designations and counter designations shall be filed by **January 23, 2026**

    The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with the deadline and the meet and confer may result in objections being stricken or other appropriate sanctions.

12. All pretrial motions and memoranda of law, including motions *in limine* and trial briefs, shall be filed by **February 23, 2026**

    Prior to filing any motions *in limine*, the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions *in limine*, they shall be filed as a single omnibus motion. All motions *in limine* and the responses shall be limited to one page per issue. No replies shall be permitted.

13. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **February 23, 2026**

    When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction.

---

[1] The parties by agreement, and/or the Magistrate Judge assigned in this case, may extend the fact and expert discovery deadlines, so long as such extension does not impact any of the other deadlines contained in this Scheduling Order.

## **REFERRAL TO MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, all motions for attorney's fees, costs, and sanctions, plus all non-dispositive pretrial motions (PTN) are **REFERRED t**o Magistrate Judge Hunt for appropriate resolution.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of March, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record