**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

ASIA ELKHALIL,

       Plaintiff,                                            CASE NO.: 0:25-cv-60391-RS

v.

EAST BEACH LLC *d/b/a*
PIER 14 TAPAS AND COCKTAILS,

       Defendant.
_____/

## NOTICE OF SCHEDULING MEDIATION

Plaintiff, ASIA ELKHALIL, hereby notifies the Court that the Parties have agreed to conduct the mediation conference in the above-captioned matter on Tuesday, September 23, 2025, at 10:00 a.m., before Marlene Quintana, Esquire, via Zoom or other comparable video conferencing technology.

| | |
|---|---|
| Dated: Miami, Florida<br>March 31, 2025, | **DEREK SMITH LAW GROUP, PLLC**<br>*Counsel for Plaintiff* |

                                                    */s/ Daniel J. Barroukh*
                                                    Daniel J. Barroukh, Esq.
                                                    Florida Bar No. 1049271
                                                    Derek Smith Law Group, PLLC
                                                    520 Brickell Key Drive, Suite O-301
                                                    Miami, FL 33131
                                                    Tel: (305) 946-1884
                                                    Fax: (305) 503-6741
                                                    danielb@dereksmithlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 31, 2025, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

**SERVICE LIST**

**BLACK LAW, P.A.**

Cody J. Shilling, Esq.
Fla. Bar No. 1010112
Email: cs@blacklawpa.com
Black Law, P.A.
1401 E. Broward Blvd., Suite 204
Fort Lauderdale, Florida, 33301
Telephone: 954-320-6220
Fax: 954-320-6005

*Counsel for Defendant*