**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

ASIA ELKHALIL,

       Plaintiff,                                    CASE NO.: 0:25-cv-60391-RS

v.

EAST BEACH LLC *d/b/a*
PIER 14 TAPAS AND COCKTAILS,

       Defendant.
_____/

## AMENDED NOTICE OF SCHEDULING MEDIATION

Plaintiff, ASIA ELKHALIL, pursuant to this Court's Order of Referral to Mediation [ECF No. 16] and Order Striking Notice of Scheduling Mediation [ECF No. 19], hereby notifies the Court that the Parties have agreed to conduct the in-person mediation conference in the above-captioned matter on Tuesday, September 23, 2025, at 10:00 a.m., before Marlene Quintana, Esquire, at GrayRobinson, P.A., 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131.

    Dated:  Miami, Florida
              March 31, 2025,

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.
Florida Bar No. 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
danielb@dereksmithlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 31, 2025, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

> */s/ Daniel J. Barroukh*
> Daniel J. Barroukh, Esq.

**SERVICE LIST**

**BLACK LAW, P.A.**

Cody J. Shilling, Esq.
Fla. Bar No. 1010112
Email: cs@blacklawpa.com
Black Law, P.A.
1401 E. Broward Blvd., Suite 204
Fort Lauderdale, Florida, 33301
Telephone: 954-320-6220
Fax: 954-320-6005

*Counsel for Defendant*