UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  25-CV-60391

ASIA ELKHALIL,

    Plaintiff,

v.

EAST BEACH LLC, d/b/a
PIER 14 TAPAS AND COCKTAILS,

    Defendant.
_____/

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

PLEASE TAKE NOTICE that counsel for Defendant EAST BEACH LLC, d/b/a PIER 14 TAPAS AND COCKTAILS hereby notifies the Court and all parties of a change of address for service of all documents and correspondence in the above-captioned matter. Effective immediately, counsel's new address, which reflects a new suite number, is as follows:

**BLACK LAW P.A.**
**1401 E. Broward Blvd., Suite 304**
**Fort Lauderdale, Florida, 33301**

1

Respectfully submitted,

**BLACK LAW P.A.**
*Counsel for Defendant*
1401 E. Broward Blvd., Suite 304
Fort Lauderdale, Florida, 33301
ph. 954-320-6220/f. 954-320-6005

/s/ *Cody Shilling*
_____
**KELSEY K. BLACK, ESQ.**
Fla. Bar No. 78925
kb@blacklawpa.com
**CODY J. SHILLING, ESQ.**
Fla. Bar No. 1010112
cs@blacklawpa.com