UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 25-CV-60391

ASIA ELKHALIL,

    Plaintiff,

v.

EAST BEACH LLC, d/b/a
PIER 14 TAPAS AND COCKTAILS,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that **KELSEY K. BLACK, ESQ**. of the law firm **BLACK LAW P.A.**, hereby enters an appearance as counsel for **Defendant EAST BEACH, LLC d/b/a PIER 14 TAPAS AND COCKTAILS.** The parties are requested to forward copies of all future correspondence and court filings to the undersigned counsel at the addresses listed below.

    Respectfully submitted,

    **BLACK LAW, P.A.**
    *Counsel for East Beach, LLC*
    1401 E. Broward Blvd., Suite 304
    Fort Lauderdale, Florida, 33301
    ph. 954-320-6220/f. 954-320-6005

    /s/ *Kelsey Black*
    _____
    **KELSEY K. BLACK, ESQ.**
    Fla. Bar No. 78925
    kb@blacklawpa.com
    **CODY J. SHILLING, ESQ.**
    Fla. Bar No. 1010112
    cs@blacklawpa.com
    para@blacklawpa.com