**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 0:25-cv-60391-RS**

ASIA ELKHALIL,

      Plaintiff,

v.

EAST BEACH, LLC d/b/a
PIER 14 TAPAS AND COCKTAILS,

      Defendant.

_____/

**JOINT MOTION TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES**

      Plaintiff, ASIA ELKHALIL, and Defendant, EAST BEACH, LLC d/b/a PIER 14 TAPAS AND COCKTAILS, jointly move this Court for an extension of the deadlines for fact and expert discovery, and in support thereof state as follows:

      1.      Pursuant to the Court's Trial Order (ECF No. 15), the current deadline for completion of fact and expert discovery is October 3, 2025.

      2.      The parties are actively engaged in discovery and have cooperated in good faith to meet the current deadlines. However, both parties wish to take additional depositions, including those of key witnesses and experts.

      3.      Due to the schedules of the parties, counsel, and witnesses, as well as the pendency of subpoenas for documents and testimony, it has been difficult to coordinate mutually agreeable dates for these depositions. The parties are diligently working to schedule all remaining depositions.

4.     The parties therefore respectfully request an extension of the fact and expert discovery deadlines through December 15, 2025, to allow sufficient time to complete all necessary discovery.

5.     Pursuant to the Court's Order (ECF No. 15), the parties may extend discovery deadlines by agreement so long as no other deadlines are impacted. However, out of an abundance of caution and in light of the number of depositions and subpoenas involved, the parties seek the Court's approval.

6.     This request is made in good faith and not for purposes of delay. The requested extension will not affect any other deadlines in the Court's Scheduling Order, including dispositive motion deadlines or the trial date.

WHEREFORE, the parties respectfully request that the Court enter an Order extending the deadlines for fact and expert discovery through December 15, 2025.

Respectfully submitted,

/s/ *Daniel J. Barroukh*
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
DEREK SMITH LAW GROUP, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Email: danielb@dereksmithlaw.com
*Counsel for Plaintiff*

/s/ *Cody J. Shilling*
Cody J. Shilling, Esq.
Florida Bar No.: 1010112
BLACK LAW, P.A.
1401 E. Broward Blvd., Suite 304
Fort Lauderdale, FL 33301
Tel: 954-281-8766
Email: cs@blacklawpa.com
*Counsel for Defendant*