**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 0:25-cv-60391-RS**

ASIA ELKHALIL,

    Plaintiff,

v.

EAST BEACH, LLC d/b/a
PIER 14 TAPAS AND COCKTAILS,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND**
**FACT AND EXPERT DISCOVERY DEADLINES**

THIS CAUSE came before the Court on the parties' Joint Motion to Extend Fact and Expert Discovery Deadlines. Having reviewed the Motion and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the Joint Motion is **GRANTED**.

The deadline for completion of fact and expert discovery is hereby extended through **December 15, 2025.**

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida on this _____ day of August 2025.

_____
**HON. RODNEY SMITH**
**U.S. DISTRICT COURT JUDGE**
