## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**CASE NO.: 25-CV-60391**

ASIA ELKHALIL,

    Plaintiff,

v.

EAST BEACH LLC, d/b/a
PIER 14 TAPAS AND COCKTAILS,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff ASIA ELKHALIL and Defendant EAST BEACH LLC d/b/a PIER 14 TAPAS AND COCKTAILS, pursuant to Local Rule 16.4, jointly notify the Court that they have settled this matter in its entirety. The parties are diligently working to finalize settlement documents and request that the Court stay all pending deadlines during that time.

Respectfully submitted,

| | |
|---|---|
| /s/ *Daniel J. Barroukh* | /s/ *Cody J. Shilling* |
| Daniel J. Barroukh, Esq. | Cody J. Shilling, Esq. |
| Florida Bar No.: 1049271 | Florida Bar No.: 1010112 |
| DEREK SMITH LAW GROUP, PLLC | BLACK LAW, P.A. |
| 520 Brickell Key Drive, Suite O-301 | 1401 E. Broward Blvd., Suite 304 |
| Miami, FL 33131 | Fort Lauderdale, FL 33301 |
| Tel: (305) 946-1884 | Tel: 954-281-8766 |
| Email: danielb@dereksmithlaw.com | Email: cs@blacklawpa.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |