UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60391-CIV-SMITH

ASIA ELKHALIL,

    Plaintiff,

vs.

EAST BEACH LLC,

    Defendant.

_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on the parties' Joint Notice of Settlement [DE 40] and the Mediator's Report [DE 41], both indicating that this matter is settled. Upon consideration, it is

**ORDERED** that:

1. The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **November 4, 2025.** Failure to timely file the Stipulation of Dismissal may result in dismissal of this case without further notice.

2. All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of September, 2025.

                                                   RODNEY SMITH
                                                 UNITED STATES DISTRICT JUDGE

cc:    counsel of record