UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ASIA ELKHALIL,

      Plaintiff,                                        CASE NO.: 25-60391-CIV-SMITH

v.

EAST BEACH, LLC, d/b/a
PIER 14 TAPAS AND COCKTAILS,

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE

    Plaintiff, Asia Elkhalil ("**Plaintiff**"), and Defendant, EAST BEACH, LLC, d/b/a PIER 14 TAPAS AND COCKTAILS ("**Defendant**") (Plaintiff and Defendant are collectively the "**Parties**"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of Plaintiff's action and claims against Defendant *with prejudice*.  Each party will bear their respective fees and costs, including attorneys' fees and costs, incurred in this action.

    DATED this 24th day of September 2025.

| | |
|---|---|
| /s/ *Daniel J. Barroukh* | /s/ *Cody J. Shilling* |
| Daniel J. Barroukh, Esq. | Cody J. Shilling, Esq. |
| Florida Bar No. 1049271 | Florida Bar No. 1010112 |
| danielb@dereksmithlaw.com | cs@blacklawpa.com |
| | |
| **DEREK SMITH LAW GROUP, PLLC** | **BLACK LAW P.A.,** |
| 520 Brickell Key Drive, #O-301 | 1401 E. Broward Blvd., Suite 204 |
| Miami, FL 33131 | Fort Lauderdale, Florida, 33301 |
| Telephone: 786-688-2335 | Telephone: 954-281-8766 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

-2-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on September 25, 2025, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

Cody J. Shilling, Esq.
Florida Bar No. 1010112
cs@blacklawpa.com
BLACK LAW P.A.
1401 E. Broward Blvd., Suite 204
Fort Lauderdale, Florida, 33301
Telephone: 954-281-8766
*Counsel for Defendant*